IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 28 2010
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., ET AL., | § § § |
| Plaintiffs, | § § |
| VS. | § NO. 4:10-CV-114-A |
| TARO PHARMACEUTICALS U.S.A., INC., ET AL., | § § § § |
| Defendants. | § |

### FINAL JUDGMENT

Consistent with the stipulation of dismissal filed in the above-captioned action on July 27, 2010, by plaintiffs, Galderma Laboratories, L.P. and Galderma S.A., and defendants, Taro Pharmaceuticals U.S.A., Inc. and Taro Pharmaceutical Industries, LTD.,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by any party against any other party be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs of court incurred by that party.

SIGNED July 28, 2010.

_____
JOHN McBRYDE
United States District Judge